**Larry Wayne TAYLOR, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

Anthony M. Wilhoit, Public Defender, Joe A. Jarrell, Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., James M. Ringo, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Lee Ernest COLEMAN, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

Lee Ernest Coleman, pro se.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**Kenneth T. VINCENT, Appellant,**

v.

**Ruth W. VINCENT, Appellee.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

G. D. Milliken, Jr., Milliken & Milliken, Bowling Green, for appellant.

Reginald L. Ayers, Bell, Orr, Ayers & Moore, Bowling Green, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

**William McDOWELL, Appellant,**

v.

**R. C. KELLEY, Appellee.**

Court of Appeals of Kentucky.

Nov. 22, 1974.

William A. Carter, Carrollton, for appellant.

John W. Coomes, New Castle, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.